# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Albert Johnson III,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:09cv305

James Pendergraph,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/27/2009 Order.

                                              Signed: July 27, 2009

                                              Frank G. Johns, Clerk
                                              United States District Court